UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE THE APPLICATION OF SEAWOLF TANKERS INC. and, HEIDMAR INC., <br><br> REQUEST FOR DISCOVERY PURSUANT TO 28 U.S.C. § 1782 | Case No. 1:20-mc-00299-PKC <br><br> **ECF Case** |

  COME NOW Applicants, Seawolf Tankers Inc. ("Seawolf") and Heidmar Inc. ("Heidmar") (Seawolf and Heidmar collectively "Applicants"), and Respondent Ridgebury Kilo LLC ("Ridgebury Kilo") filing their Stipulation for Dismissal Without Prejudice pursuant to Rule 41(a)(1), and would respectfully state as follows:

  Applicants and Ridgebury Kilo have entered into a settlement agreement and have agreed to dismiss without prejudice this discovery action.

  WHEREFORE, upon the subjoined consent of the parties, this action shall be and hereby is dismissed without prejudice.

  SO ORDERED.

                 _____
                 P. Kevin Castel
                 United States District Judge

Dated: October 22, 2020                    10/23/2020

HOLLAND & KNIGHT LLP


By: _____
James H. Power
Clayton J. Vignocchi
31 West 52nd Street

New York, New York  10019
Tel.: (212) 513-3200
Fax: (212) 385-9010
E-mail:  james.power@hklaw.com
clayton.vignocchi@hklaw.com
*Attorneys for Applicants*
*Seawolf Tankers Inc. and Heidmar Inc.*


BLANK ROME LLP


By: /s/ John Kimball
John D. Kimball
Thomas H. Belknap, Jr.
1271 Avenue of the Americas
New York, New York 10020
Telephone: (212) 885-5000
Fax: (212) 885-5001
jkimball@blankrome.com
tbelknap@blankrome.com
*Attorneys for Ridgebury Kilo LLC*